

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, *ex rel.* Timothy B. Morgan, Plaintiff | ) ) ) ) ) | |
| v. | ) ) ) | Case No: 16 C 3425 |
| Bank of America, *et al.* Defendants | ) ) ) | Judge: Ruben Castillo |

## ORDER

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B). Therefore, the Clerk of Court is directed to unseal the complaint, this Order, the attached Order, and the United States' Notice of Election to Decline Intervention. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order.

Date: June 23, 2017    /s/ Chief Judge Ruben Castillo

2017 JUN 23 PM 4: 12